UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOYCE SHERRARD, <br><br> Plaintiff, <br><br> v. <br><br> YVETTE PANAZUELOS, <br><br> Defendant. | No. CV 10-9196-VAP (AGR) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Defendant's motion to dismiss and this action is dismissed with prejudice.

DATED: March 25, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE