# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOYCE SHERRARD,<br><br>   Plaintiff,<br><br>   v.<br><br>YVETTE PANAZUELOS,<br><br>   Defendant. | No. CV 10-9196-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Defendant's motion to dismiss is granted and this action is dismissed with prejudice.

DATED: March 25, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE